**John T. PICKERING–GEORGE, John R. Daley, Jr., Appellant**

v.

**U.S. ATTORNEY GENERAL, et al., Appellees.**

No. 06–5418.

United States Court of Appeals, District of Columbia Circuit.

July 3, 2007.

John T. Pickering–George, Bronx, NY, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for U.S. Attorney General, et al.

BEFORE: GINSBURG, Chief Judge, and SENTELLE and HENDERSON, Circuit Judges.

PER CURIAM.

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed November 30, 2006 be affirmed. The district court did not abuse its discretion by dismissing appellant's case without prejudice on the ground that the complaint did not meet the requirements of Federal Rule of Civil Procedure 8(a). *See Ciralsky v. CIA*, 355 F.3d 661, 668–71 (D.C.Cir.2004). That rule requires "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed.R.Civ.P. 8(a)(2), in order to "give the defendant fair notice of what the . . . claim is and the grounds upon which it rests." *Bell Atlantic Corp. v. Twombly*, —— U.S. ——, 127 S.Ct. 1955, 1964, —— L.Ed.2d —— (2007) (citation omitted); *see also id.* at 1965 n. 3 ("Without some factual allegation in the complaint, it is hard to see how a claimant could satisfy the requirement of providing not only 'fair notice' of the nature of the claim, but also 'grounds' on which the claim rests.") (citation omitted). The dismissal without prejudice allows appellant to file a new complaint that meets the requirements of Rule 8(a). *See Ciralsky,* 355 F.3d at 669–70.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.